UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCDONALD,<br>Plaintiff,<br>v.<br>KRISTINE KARKANEN,<br>Defendant. | Case No. 18-cv-05296-TSH<br><br>**ORDER TO SHOW CAUSE** |

On July 31, 2018, Defendant Kristine Karkanen, proceeding pro se, removed this action from Contra Costa Superior Court. ECF No. 3. Karkanen originally removed the case to the Northern District of Texas, but it was subsequently transferred to this district on August 2, 2018. ECF No. 6. Karkanen also filed an Application to Proceed In Forma Pauperis, which the Court granted. ECF Nos. 5, 11. On September 19, 2018, the Clerk of Court informed Karkanen that, to ensure proper service is made, she must submit the address of Plaintiff Robert McDonald. ECF No. 12. As Karkanen failed to respond and had made no other appearance in this case since July 31, 2018, the Court ordered Karkanen to file a status report by December 6, 2018. Karkanen, once again, failed to respond.

Accordingly, the Court **ORDERS** Defendant Kristine Karkanen to show cause why this case should not be remanded for failure to prosecute and failure to comply with court deadlines. Karkanen shall file a declaration by January 10, 2019. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on January 24, 2019 at 10:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided that failure to file a written response will be deemed an admission that

Karkanen does not intend to proceed in this court, and the case will likely be remanded. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: December 10, 2018

THOMAS S. HIXSON
United States Magistrate Judge