UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT MCDONALD,

　　　　　Plaintiff,

v.

KRISTINE KARKANEN,

　　　　　Defendant.

Case No. 18-cv-05296-TSH

**ORDER FOR CLERK TO REASSIGN CASE WITH REPORT AND RECOMMENDATION**

　　　　On July 31, 2018, Defendant Kristine Karkanen, proceeding pro se, removed this action from Contra Costa Superior Court. ECF No. 3. Karkanen originally removed the case to the Northern District of Texas, but it was subsequently transferred to this district on August 2, 2018. ECF No. 6. Following transfer, on August 31, 2018, this Court issued an order setting an initial case management conference and ADR deadlines. ECF No. 8. Among other things, this order set a November 8, 2018 deadline to file an ADR certification, and it stated that the "removing defendant must serve on all other parties a copy of this order, the Notice of Assignment of Case to a United States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2." *Id*.

　　　　Karkanen also filed an in forma pauperis application, which the Court granted. ECF Nos. 5, 11. The order granting the application stated that the Clerk of Court shall issue a summons and the U.S. Marshal shall serve the notice of removal on Plaintiff Robert McDonald. ECF No. 11. The Clerk of Court subsequently informed Karkanen that she must provide Plaintiff's address to ensure proper service of the notice of removal. ECF No. 12. As Karkanen failed to respond and had made no other appearance since the case was transferred, the Court ordered her to file a status report by December 6, 2018. ECF No. 13. Karkanen once again failed to respond. Thus, on

December 10, 2018, the Court ordered her to show cause by January 10, 2019, why this case should not be remanded for failure to prosecute. ECF No. 14. No response has been received. In addition, Karkanen did not file an ADR certification as required by the Court's August 31 order and did not file a proof of service stating that she served any of the items the Court's August 31 order required her to serve on Plaintiff. Further, on January 14, 2019, the Court reviewed the docket for the underlying state court action in Contra Costa Superior Court, *McDonald v. Karkanen*, MSN18-1552.[1] The superior court's record shows no case activity after August 13, 2018, when Plaintiff Robert McDonald's request for hearing was taken off calendar based on the removal to the Northern District of Texas. Accordingly, the Court finds remand is appropriate for failure to prosecute and failure to comply with Court orders.

As consent to proceed before a magistrate judge has not been obtained from either party, the Court requests the Clerk of Court reassign this case to a district judge. The Court **RECOMMENDS** the newly-assigned judge **REMAND** this case to Contra Costa Superior Court.

**IT IS SO ORDERED AND RECOMMENDED.**

Dated: January 14, 2019

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] The Court takes judicial notice of the Contra Costa Superior Court docket. *See* Fed. R. Evid. 201(b); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006).